(119 So. 918)

**Courtney W. SHROPSHIRE v. S. G. SALTER.**
(6 Div. 133.)

Supreme Court of Alabama. Jan. 24, 1929.

PER CURIAM. Appeal dismissed by agreement.

(118 So. 921)

**SLOSS–SHEFFIELD STEEL & IRON CO. v. Olin GOODWIN.** (6 Div. 53.)

Supreme Court of Alabama. Nov. 28, 1928.

PER CURIAM. Appeal dismissed.

(118 So. 921)

**SLOSS–SHEFFIELD STEEL & IRON CO. v. Lillie GREER.** (6 Div. 146.)

Supreme Court of Alabama. June 30, 1928.

Rehearing Denied Oct. 25, 1928.

Bradley, Baldwin, All & White, S. M. Bronaugh, and W. M. Neal, all of Birmingham, for appellant.

Kenneth C. Charlton, of Birmingham, for appellee.

THOMAS, J. The question of willful misconduct of an employee, within the statute, in violation of a known reasonable rule or regulation of the employer, was given a careful consideration in Sloss-Sheffield S. & I. Co. v. Greer, 216 Ala. 267, 113 So. 271. This is the second appeal. The cause being reversed on first appeal as indicated, on retrial it was submitted to the jury on said issue, and the judgment thereon was against defendant and in favor of the plaintiff. This was on evidence not now before this court. This finding of fact and the additional finding of fact by the court sustains the conclusion of liability given expression in the judgment and order of the court now sought to be reversed. The petition for writ of certiorari is denied, and the judgment of the lower court is affirmed. Writ denied; affirmed.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.

(118 So. 921)

**Ben SMITH v. STATE.** (4 Div. 399.)

Supreme Court of Alabama. Nov. 22, 1928.

Lee & Tompkins, of Dothan, and Chas. O. Stokes, of Ozark, for appellant.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

PER CURIAM. Error confessed by the state. Reversed and remanded on authority of Spooney v. State, 217 Ala. 219, 115 So. 308.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(119 So. 918)

**STATE v. Phocian KING.** (8 Div. 69.)

Supreme Court of Alabama. Dec. 20, 1928.

PER CURIAM. Appeal dismissed on motion of appellant.

(118 So. 921)

**STATE v. M. W. OSBORN.** (6 Div. 151.)

Supreme Court of Alabama. Nov. 28, 1928.

PER CURIAM. Appeal dismissed.